UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21600-CIV-UNGARO/SIMONTON

BARBARO R. DAVILA,
    Plaintiff,

v.

AWARE DIGITAL, INC.,
    Defendant.
_____/

### ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss, filed October 15, 2008 (D.E. 14.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. On October 15, 2008, Defendant filed its Motion to Dismiss. Pursuant to S.D. Fla. L.R. 7.1(C), Plaintiff's to Defendant's Motion to Dismiss is due no later than November 3, 2008. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a Response to Defendant's Motion to Dismiss no later than **Friday, November 7, 2008**. Plaintiff is cautioned that if he fails to file a response by such time, the Court will grant the motion to dismiss without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of November, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record